IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RYDER SYSTEMS, INC.,           )
                               )
        Plaintiff,             )
                               )       CIVIL ACTION NO.
        v.                     )        2:17cv718-MHT
                               )            (WO)
CHARLESTON ALUMINUM            )
TRANSPORTATION, LLC and        )
DAVID E. ALLEN,                )
                               )
        Defendants.            )


ORDER ENTERING DEFAULT

Upon consideration of the plaintiff's application to
the clerk of court for entry of default against defendant
Charleston Aluminum Transportation, LLC (doc. no. 13),
and the plaintiff's brief addressing service of process
on said defendant (doc. no. 20), the court concludes that
defendant Charleston Aluminum Transportation, LLC, was
duly served with a summons and complaint, and has failed
to answer or otherwise defend the plaintiff's claims
within the time allowed to do so.

Accordingly, it is ORDERED that the default is

entered against defendant Charleston Aluminum Transportation, LLC.

DONE, this the 13th day of September, 2018.

___/s/ Myron H. Thompson___
**UNITED STATES DISTRICT JUDGE**