IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RYDER SYSTEM, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CHARLESTON ALUMINUM )<br>TRANSPORTATION, LLC and )<br>DAVID E. ALLEN, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:17cv718-MHT<br>(WO) |

**JUDGMENT**

A default having been entered against defendants Charleston Aluminum Transportation, LLC, and David E. Allen, and the court having carefully considered the materials submitted by plaintiff and concluded that plaintiff's motions for default judgment are adequately supported in the record, it is ORDERED, ADJUDGED, and DECREED that:

(1) Plaintiff's motions for default judgment (doc. nos. 23 & 24) are granted.

(2) A default judgment is entered in favor of plaintiff Ryder Systems, Inc., and against defendants

Charleston Aluminum Transportation, LLC, and David E. Allen, jointly and severally, in the amount of $ 116,990.23, which is comprised of damages under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. §§ 9601, *et seq*.

(3) Court costs and reasonable attorney's fees in the total amount of $ 19,058.73 are taxed against the defendants, jointly and severally, for which execution may issue.

An opinion will follow shortly.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of September, 2019.

                                             /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**