IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RYDER SYSTEM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv718-MHT |
| | ) | (WO) |
| CHARLESTON ALUMINUM | ) | |
| TRANSPORTATION, LLC and | ) | |
| DAVID E. ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

## CORRECTED JUDGMENT

Based on the representations made during the conference call on the record on December 4, 2019, and the subsequent agreement of the plaintiff Ryder Systems, Inc. communicated by telephone to the court, the court finds that entry of a corrected judgment is appropriate to correct the court's mistakes in the original judgment based on oversight, pursuant to Federal Rule of Civil Procedure 60(a).

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the judgment entered September 30, 2019 (doc. no. 29) is corrected to read as follows:

(1) Plaintiff Ryder Systems, Inc.'s motion for default judgment (doc. no. 24) is granted.

(2) A default judgment is entered in favor of plaintiff Ryder Systems, Inc., and against defendant Charleston Aluminum Transportation, LLC, in the amount of $ 116,990.23, which is comprised of damages under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9607(a), plus interest running from September 22, 2016.

(3) Court costs and reasonable attorney's fees in the total amount of $ 19,058.73 are taxed against defendant Charleston Aluminum Transportation, LLC, for which execution may issue.

(4) Plaintiff Ryder Systems, Inc.'s claims against defendant David E. Allen are dismissed without prejudice, and all pending motions pertaining to said defendant are denied as moot.

An opinion will follow shortly.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 6th day of December, 2019.

                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE